# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WEN VAUGHN, *as Administrator of the* :    Civil No. 1:25-CV-00797
*Estate of Robert Buch Enck,*    :

     Plaintiff,      :

     v.      :

PRIMECARE MEDICAL INC., *et al.,*    :

     Defendants.      :    Judge Jennifer P. Wilson

## ORDER

**AND NOW,** on this 27th day of July, 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. Plaintiff's motion to amend the complaint, Doc. 64 is **GRANTED IN PART AND DENIED IN PART**.  (Doc. 64.)  It is **GRANTED** with respect to the Plaintiff's request to reinstate Curtis Bone as a defendant. It is **DENIED** in all other respects.

2. Plaintiff shall file an amended complaint in accordance with this order **within 14 days** of the date of this order.

3. A telephone status conference is **SCHEDULED** for **August 26, 2026, at 10:15 a.m.**, to discuss resetting case management deadlines.  Counsel for the parties shall call-in to the conference calling number 570-218-8447, using the phone conference ID 660 227 256#.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Court Judge
> Middle District of Pennsylvania